UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY HANDLEY, INDIVIDUALLY AND NEXT
FRIEND OF AURORA HANDLEY AND BRENDAN HANDLEY,
AND BECKY HANDLEY,

        Plaintiffs,

vs.

CITY OF KALAMAZOO, OFF. LAKISHA JONES.
STEVE SEISER, CRAIG HABEL, CHAD VANDERKLOK,
JUSTIN WOLBRINK AND DAVID BOYSEN,

        Defendants.

Case No. 1:17-cv-00387-PLM-RSK
Hon. Paul L. Maloney

| | |
|---|---|
| GREG M. LIEPSHUTZ P37573 | CLYDE J. ROBINSON P30389 |
| Attorney for Plaintiff | Kalamazoo City Attorney |
| LEVINE BENJAMIN, P.C. | RICHARD O. CHERRY P77272 |
| 100 Galleria Officentre, Suite 411 | Assistant City Attorney |
| Southfield, MI 48034 | 241 W. South Street |
| (248) 352-5700 (248) 352-1312 Fax | Kalamazoo, MI  49007 |
| gliepshutz@levinebenjamin.com | (269) 337-8185 (269) 337-8922 Fax |
| | robinsonc@kalamazoocity.org |
| | cherryr@kalamazoocity.org |

**PLAINTIFF'S MOTION TO RE-OPEN CASE FOR
THE PURPOSE OF SETTLING MINOR'S CLAIM**

NOW COMES Plaintiff's, JEREMY HANDLEY, INDIVIDUALLY AND NEXT

FRIEND OF AURORA HANDLEY AND BRENDAN HANDLEY, AND BECKY HANDLEY and for

their Motion to Re-Open Case for the Purpose of Settling Minor's Claim states:

    1.    This claim arises from the Defendant's search of the Plaintiff's home.

    2.    The Plaintiffs alleged that the Plaintiffs sustained damages as a result

Defendant's conduct.

    3.    The Plaintiffs alleged that his two minor children also sustained damages as a

result of the Defendant's conduct.

4.      That the Plaintiffs have signed a Release of Claims in consideration of receiving a monetary settlement.

5.      This Court administratively closed this case when an Order of Dismissal was entered on February 12, 2018.

6.      The Plaintiff requests that this case be re-opened for the sole purpose of having the Court approve the minors' portion of the settlement.

WHEREFORE, Plaintiffs request and order that this case be reopened and Plaintiff further requests that Plaintiff's minor children, Aurora Handley, age 13, receive One Thousand Two Hundred Fifty & 00\100 ($1,250.00) Dollars and Brendan Handley, age 12, receive One Thousand Two Hundred Fifty & 00\100 ($1,250.00) Dollars.

Respectfully submitted,

LEVINE BENJAMIN, P.C.

/s/ GREG M. LIEPSHUTZ (P37573)
Attorneys for Plaintiff
100 Galleria Officentre, Suite 411
Southfield, MI  48034
(248) 352-5700/Fax (248) 352-1312
gliepshutz@levinebenjamin.com

Dated:  June 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Suzanne McCarrey
LEVINE BENJAMIN   , P.C.
100 Galleria Officentre, Suite 411
Southfield, MI  48034
(248) 352-5700 / (248) 352-1312 - fax
smccarrey@levinebenjamin.com