UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY HANDLEY, et al.,

       Plaintiffs,                Case No. 1:17–cv–387

  v.                          Hon. Paul L. Maloney

KALAMAZOO, CITY OF, et al.,

       Defendants.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

Motion(s):

Date/Time:        June 26, 2019   01:30 PM
                 *(previously set for 6/21/2019)*
District Judge:    Paul L. Maloney
Place/Location:   174 Federal Building, Kalamazoo, MI

                        PAUL L. MALONEY
                        United States District Judge

Dated:   June 21, 2019    By:   _/s/ Amy C. Redmond_____
                               Case Manager